VASQUEZ v. UNITED STATES

No. 11–199.   Argued March 21, 2012—Decided April 2, 2012

*Beau B. Brindley* argued the cause for petitioner. With him on the briefs were *Joshua J. Jones* and *Blair T. Westover.*

*Anthony A. Yang* argued the cause for the United States. With him on the brief were *Solicitor General Verrilli, Assistant Attorney General Breuer, Deputy Solicitor General Dreeben,* and *Joel M. Gershowitz.* *

PER CURIAM.

The writ of certiorari is dismissed as improvidently granted.

*It is so ordered.*

---

*Briefs of *amici curiae* urging reversal were filed for the National Association of Criminal Defense Lawyers by *John D. Cline* and *Jeffrey T. Green;* and for Jeffrey K. Skilling by *Daniel M. Petrocelli, M. Randall Oppenheimer, Matthew T. Kline, David J. Marroso, Jonathan D. Hacker,* and *Anton Metlitsky.*

A brief of *amici curiae* urging affirmance was filed for the State of Texas et al. by *Greg Abbott,* Attorney General of Texas, *Jonathan F. Mitchell,* Solicitor General, *Daniel T. Hodge,* First Assistant Attorney General, and *Don Clemmer,* Deputy Attorney General, and by the Attorneys General for their respective States as follows: *Luther Strange* of Alabama, *Tom Horne* of Arizona, *John W. Suthers* of Colorado, *Joseph R. Biden III* of Delaware, *Pamela Jo Bondi* of Florida, *David M. Louie* of Hawaii, *Lisa Madigan* of Illinois, *Gregory F. Zoeller* of Indiana, *Jack Conway* of Kentucky, *James D. "Buddy" Caldwell* of Louisiana, *William J. Schneider* of Maine, *Bill Schuette* of Michigan, *Jon Bruning* of Nebraska, *Alan Wilson* of South Carolina, *J. B. Van Hollen* of Wisconsin, and *Gregory A. Phillips* of Wyoming.